1

2

3

4

5

6

7

8                                  IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EARL J. DIXON,

11              Petitioner,                            No. CIV S-11-2047 EFB P

12        vs.

13   M.D. BITER,

14              Respondent.                     ORDER

15   _____/

16        Petitioner seeks a writ of habeas corpus.  *See* 28 U.S.C. § 2254.  On October 24, 2011,

17   respondent filed a motion to dismiss for failure to exhaust available state remedies.  Petitioner

18   has not filed an opposition or a statement of no opposition to respondent's motion to dismiss.

19        A responding party's failure "to file written opposition or to file a statement of no

20   opposition may be deemed a waiver of any opposition to the granting of the motion and may

21   result in the imposition of sanctions."  L. R. 230(l).  Failure to comply with any order or with the

22   Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or

23   Rule or within the inherent power of the Court."  L. R. 110.  The court may dismiss this action

24   with or without prejudice, as appropriate, if a party disobeys an order or the Local Rules.  *See*

25   *Ferdik v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in

26   dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file an amended

1

1    complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439,

2    1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule

3    regarding notice of change of address affirmed).

4        Accordingly, it is hereby ORDERED that, within 21 days of the date of this order,

5    petitioner shall file either an opposition to the motion to dismiss or a statement of no opposition.

6    Failure to comply with this order may result in this action being dismissed.

7    Dated:   January 3, 2012.

8

9                    EDMUND F. BRENNAN
                       UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26